JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 25 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 409

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MANITOWAC COLLAPSED CRANE LITIGATION

ORDER

Upon consideration of the papers filed and the hearing held, we find that transfer, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings in the actions listed on the attached Schedule A would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions involved in this litigation, movants have failed to demonstrate that any questions of fact are sufficiently complex and that accompanying discovery will be so time-consuming as to warrant transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We note that much of the discovery relevant to the actions at bar will likely be the same as discovery already completed in a prior related action now on appeal to the Court of Appeals for the Fifth Circuit, and that in the Louisiana action now before us a final pretrial conference is set for March 3, 1980, and trial is set for April 14, 1980.

IT IS THEREFORE ORDERED that the motion to transfer the actions on Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL

Andrew A. Caffrey
Acting Chairman

DOCKET NO. 409
Schedule A

| EASTERN DISTRICT OF LOUISIANA | Civil Action No. |
|---|---|
| Oddvar Refsnes, et al. v. Raymond International, Inc., et al. | 78-3100 |
| **SOUTHERN DISTRICT OF TEXAS** | |
| Oddvar Refsnes, et al. v. Raymond International, Inc., et al. | H-78-1827 |
| **EASTERN DISTRICT OF WISCONSIN** | |
| Oddvar Refsnes, et al. v. Manitowac International Corp., et al. | 79-C-549 |